FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0482

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TRESTIN J. ADDISON,

     Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's motion to dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and this matter is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2020